IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3026 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| DAVID GARCIA-COLIMOTE, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that the defendant's unopposed motion to continue sentencing hearing (filing 28) is denied.

April 17, 2007.                   BY THE COURT:

                                       s/ *Richard G. Kopf*
                                       United States District Judge